ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
SLSCO, Ltd.                                    )   ASBCA No. 63152
                                               )
Under Contract No. W912PP-19-C-0018            )

APPEARANCES FOR THE APPELLANT:          Dean W. Baxtresser, Esq.
                                        David R. Hazelton, Esq.
                                        Walter A. Perry, Esq.
                                          Latham & Watkins LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        Joseph C. Mobbley, Esq.
                                        Joseph E. Merrion, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Phoenix

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 6, 2022

_____
DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63152, Appeal of SLSCO, Ltd., rendered in conformance with the Board's Charter.

Dated:  September 6, 2022

_for Jammye D. Albott_

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals